# IN THE SUPREME COURT OF THE STATE OF NEVADA

YIORKIS PINEDA-LAURENCIO, A/K/A
YIORKIS PINEDA LAURENCIO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77599

**FILED**

DEC 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a civil rights complaint. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying a civil rights complaint in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                                          Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-909956

cc: Hon. Kathleen E. Delaney, District Judge
Yiorkis Pineda-Laurencio
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk